*E-FILED - 8/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DeBOSE, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORMER WARDEN ROBERT AYERS, et al.,<br><br>　　　　Defendants. | No.: C 09-5998 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT MOTION OR OTHER DISPOSITIVE MOTION** |

　　　Good cause appearing, the motion of defendants ROBERT AYERS, P. CRERAR, D. SEILHAN, SERGEANT D. LEE, SERGEANT A. CHU, LIEUTENANT E. EVANS, CAPTAIN ROBERT FOX, J. GRANT, M.D., and D. LEIGHTON, M.D. for a 60-day extension of the deadline to file a motion for summary judgment or other dispositive motion is granted. Defendants shall file the motion on or before **July 16, 2010.** Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than thirty (30) days from the date defendants' dispositive motion is filed. Defendants <u>shall</u> file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

　　　IT IS SO ORDERED.

Dated: _ 7/30/10 _____　　　　　　　_Ronald M. Whyte_____
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge