*E-FILED - 9/16/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DeBOSE, JR., | No. C 09-5998 RMW (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT |
| vs. | |
| ROBERT AYERS, et al., | |
| Defendants. | |
| _____/ | (Docket No. 27) |

This pro se civil rights action was filed on December 22, 2009. Before the court is plaintiff's motion for entry of default judgment. On February 9, 2010, after conducting its preliminary screening of plaintiff's complaint, the court directed the defendants to respond with a dispositive motion by May 10, 2010. On May 18, 2010, defendants filed an answer and an extension of time to file a dispositive motion. Counsel for defendants claimed they were not retained to represent defendants until April 19, 2010. In the motion, defendants requested an extension up to July 16, 2010.

On June 14, 2010, plaintiff filed a motion for entry of default against defendants for failing to respond to the court's order of service dated February 9, 2010. Defendants filed an opposition to plaintiff's motion for default judgment on June 18, 2010. Although defendants filed their response after the initial deadline, it appears that no party would be prejudiced by an extension of time. Plaintiff's motion for entry of default is DENIED.

Order Denying Plaintiff's Motion for Entry of Default
P:\PRO-SE\SJ.Rmw\CR.09\DeBose998deny-default.wpd

Defendants' shall file their dispositive motion within **sixty (60) days** from the date this order is filed. Plaintiff shall respond to the dispositive motion **thirty (30) days** from the date the motion is filed. Defendants shall reply **fifteen (15) days** from the date the opposition is filed.

This order terminates docket no. 27.

IT IS SO ORDERED

DATED: 9/16/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge