***E-FILED - 3/23/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DEBOSE, Jr., | No. C 09-5998 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| ROBERT AYERS, et al., | |
| Defendants. / | (Docket No. 42) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court is plaintiff's second request for an extension of time to file his opposition to defendants' motions for summary judgment.

Plaintiff's motion for extension of time is GRANTED and shall be filed **no later than April 15, 2011**. Defendants reply is due **fifteen (15) days** from the date plaintiff's opposition is filed.

This order terminates docket no. 42.

IT IS SO ORDERED.

DATED:  3/22/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Second Motion for Extension of Time to File His Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.09\DeBose998eot-oppo.wpd