*E-FILED - 6/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DEBOSE, JR., | No. C 09-5998 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| FORMER WARDEN ROBERT AYERS, et al., | |
| Defendants. | |

The court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Debose998jud.wpd